IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEE BAD BEAR,<br><br>Defendant. | CR 20-105-BLG-SPW<br><br>**ORDER VACATING DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 17.)

Accordingly, IT IS HEREBY ORDERED that the detention hearing currently set for October 28, 2020 at 4:00 p.m. is VACATED.

DATED this 27th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge